UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER A BAGATELOS, et al., <br>     Plaintiffs, <br> v. <br> UMPQUA BANK, <br>     Defendant. | Case No. 23-cv-02759-RS <br><br> **ORDER DISMISSING ACTION** |

For the reasons set forth in the order filed June 25, 2024, Dkt. No. 91, plaintiffs lack standing to pursue the claims they have alleged in this action. The prior order provided plaintiffs an opportunity to seek ratification, joinder, or substitution by the real party in interest, pursuant to Fed. R. Civ. P. 17(a)(3). Plaintiffs subsequently filed notice that the real party in interest has declined to ratify, join, or substitute into, the action. Dkt. 92.

Accordingly, this case is hereby dismissed for lack of standing. Although this is not a determination on the merits, it is a final order. The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: July 16, 2024

_____
RICHARD SEEBORG
Chief United States District Judge